# In The United States Court of Federal Claims

RECEIVED
APR 3 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

06-271 C

Plaintiff(s) or Petitioner(s) GLOBAL GROUP GENERAL TRADING, LTD.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] ANDREW GALBREATH

Firm Name: SCHOTT LAW ASSOCIATES, LLP

Post Office Box:

Street Address: 1015 18th Street, NW Suite 210

City-State-Zip: WASHINGTON, DC 20036

Telephone & Facsimile Numbers: Tel: 202-833-3439; Fax: 202-833-9442

E-mail address: andrew.galbreath@verizon.net

Is the attorney of record admitted to the Court of Federal Claims Bar? No, application pending
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005