# In The United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| **GLOBAL GROUP GENERAL TRADING, LTD.,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | **No. 06-271C** |
| | * | **Filed: April 24, 2006** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**O R D E R**

The court **SCHEDULES** an early hearing in the above-captioned case, for **Wednesday, May 24, 2006, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0252, and plaintiff's counsel will be reached at (202) 833-3439. If the attorneys of record wish other individuals to participate in the conference by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Monday, May 22, 2006, at 12:00 p.m. EST**. Counsel shall consult prior to the hearing, and be prepared to discuss any jurisdictional issues, anticipated discovery needs, how the parties propose to resolve the dispute, settlement possibilities, and any other pertinent matters.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**