# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GLOBAL GROUP GENERAL TRADING, LTD.,** | * | |
| | * | |
| **Plaintiff,** | * | **No. 06-271C** |
| | * | **Filed: May 9, 2006** |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the defendant's May 9, 2006, unopposed motion for an enlargement of time of forty-five days, to and including July 17, 2006, within which to answer or otherwise respond to the plaintiff's complaint. As requested, the defendant's motion for an enlargement of time is **GRANTED**. Defendant shall file its answer or other response on or before **Monday, July 17, 2006**.

In light of the above enlargement of time, the conference previously scheduled for May 24, 2006 is **RESCHEDULED** for **Wednesday, July 26, 2006, at 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-0252, and plaintiff's counsel will be reached at (202) 833-3439. If the attorneys of record wish other individuals to participate in the conference by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Monday, July 24, 2006, at 12:00 p.m. EDT**. Counsel shall consult with each other prior to the hearing, and be prepared to discuss any jurisdictional issues, anticipated discovery needs, how the parties propose to resolve the dispute, settlement possibilities, and any other pertinent matters. Neither party shall file a motion for summary judgment until the proposed motion is first discussed at a hearing such as the one scheduled above for July 26, 2006.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**