# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**GLOBAL GROUP GENERAL TRADING, LTD.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 06-271C**
**Filed: July 27, 2006**

**O R D E R**

The court held a status conference in the above-captioned case on July 26, 2006, with the parties appearing by telephone. As discussed at the status conference, plaintiff's uncertified, monetary claims in its April 3, 2006 complaint exceed the 41 U.S.C. § 605(c)(1) (2000) dollar threshold for certification and, therefore, are **DISMISSED**, without prejudice, to permit plaintiff to submit certified claims to the appropriate agency contracting officer. Defendant advises the court that the plaintiff's nonmonetary claim for the return of refrigerated trailers is properly before the court, and need not be dismissed. See 28 U.S.C. § 1491(a)(2) (2000). The court, therefore, does not dismiss but retains jurisdiction over the nonmonetary portion of the plaintiff's complaint.

Also as discussed at the July 26, 2006 status conference, the parties shall file a joint status report on or before **Wednesday, August 9, 2006**, addressing the status of the plaintiff's certified claims before the contracting officer, with milestones and dates, and shall file subsequent joint status reports at 30-day intervals thereafter, including a discussion of settlement possibilities (but do not include settlement numbers in any status reports to the court), and the status of informal discovery. If plaintiff brings an action in this court based on the contracting officer's final decision on the certified claims, plaintiff shall include a notice of the above related case, and reference to this order. The clerk's office shall **WAIVE** filing fees for any such re-filed complaint, assign a separate case number, and **CONSOLIDATE** the new case with the above-captioned case before this judge. The above-captioned case shall be **DESIGNATED** as the lead case for purposes of docket management.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**