IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLOBAL GROUP GENERAL TRADING, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-271C<br>(Judge Marian Blank Horn) |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's July 27, 2006 order, the United States respectfully submits this status report. The contents of this report have been discussed with counsel for plaintiff, and he has indicated that he has no objection to its filing.

Following the parties' telephone conference call with the Court on July 26, 2006, counsel for Global Group General Trading, Ltd. ("Global") contacted Government counsel on July 28, 2006, to request contact information for the agency, and to seek its assistance in submitting the certified claim to the Contingency Contracting Office in Iraq in an electronic format to expedite its submission.

On August 2, 2006, counsel for Global submitted its certified claim to the agency. As part of the certified claim were multiple annexes submitted in substantiation of the claim. Because of the size of the claim, counsel for Global attempted to transmit it to agency counsel as Zip files. The agency informed Global that Zip files can not pass through the agency's firewalls and requested that the counsel for Global submit the certified claim in pdf files.

On August 3, 2006, Global's counsel sent the certified claim to agency counsel in six e-mails containing 13 pdf files. The agency was able to open the first of six e-mails

that contained the claim and index to the annexes. The remaining five e-mails contained annexes and photographs, two of which were so large that the agency's email system rejected them. The files containing the certified claim without the annexes were successfully transmitted to the Staff Judge Advocate, Camp Fallujah, Iraq. On August 4, 2006, the annexes to the claim were successfully transmitted to the agency by Global's counsel.

On August 7, 2006, the Contingency Contracting Office, Camp Fallujah, Iraq, confirmed receipt of all but three of the ten e-mails containing the annexes. The three emails were reduced in size and again transmitted to Iraq. On August 8, 2006, the agency received confirmation that Global's certified claim and all annexes had been successfully transmitted to Iraq to the Contingency Contracting Office, Camp Fallujah, Iraq.

The contracting officer has indicated to agency counsel that, given the size and complexity of the certified claim, he will not be able to issue a contracting officer's final decision until August 25, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

August 9, 2006 Attorneys for Defendant