IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLOBAL GROUP GENERAL TRADING, LTD., Plaintiff, | ) | No. 06-271C |
| v. | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's July 27, 2006 order, the United States respectfully submits this status report. The contents of this report have been discussed with counsel for plaintiff, and he has indicated that he has no objection to its filing.

On August 3, 2006, counsel for Global Group General Trading Group ("Global") submitted a certified claim to the Marine Corps' contracting officer seeking monetary damages arising from the alleged failure of the Marine Corps to assist Global in picking up its refrigerated trailers at the end of the lease period from the locations in Iraq to which they had been delivered. The contracting officer requested that counsel for Global provide him with additional information in order for him to render a final decision upon Global's claim. The contracting officer's final decision is expected to be issued by September 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

August 31, 2006 Attorneys for Defendant