IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLOBAL GROUP GENERAL TRADING, LTD., Plaintiff, | ) | No. 06-271C |
| v. | ) | (Judge Marian Blank Horn) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's July 27, 2006 order, the United States respectfully submits this status report. The contents of this report have not been discussed with counsel for plaintiff because he is on vacation.

As previously indicated, on August 2, 2006, counsel for Global submitted a certified claim to the agency seeking monetary damages. On September 8, 2006, the contracting officer issued his final decision that awarded Global $772,025. That decision has been provided to counsel for Global.

The parties' planned trip to Dubai in October 2006 to interview witnesses and engage in settlement negotiations has been postponed. It is expected that upon counsel for Global's return to his office at the beginning of October 2006, the trip will be re-scheduled.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0252
(202) 307-0972 (Fax)

September 12, 2006

Attorneys for Defendant