IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLOBAL GROUP GENERAL TRADING, LTD., | ) | |
| Plaintiff, | ) | No. 06-271C (Judge Marian Blank Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to RCFC 41(a)(1), the parties stipulate and agree to dismiss this action with prejudice and without costs, attorney fees, or expenses against any party.

Respectively submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Andrew Galbreath
ANDREW GALBREATH, ESQ
1015 18th Street, NW, Suite 210
Washington, DC 20036
202-833-3439
202-833-9442 (Fax)

Attorney for Plaintiff

Dated: October 31, 2006

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

Attorneys for Defendant

Dated: October 25, 2006