# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **GLOBAL GROUP GENERAL TRADING, LTD.,** | * | |
| **Plaintiff,** | * | **No. 06-271C** |
| | * | **Filed: October 31, 2006** |
| **v.** | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' October 31, 2006, Stipulation of Dismissal, with prejudice. Pursuant to the joint Stipulation of Dismissal and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney fees. The clerk's office shall enter **JUDGMENT** consistent with this order. As a result of the successful closure of this case, the telephone conference previously scheduled for November 1, 2006, at 3:00 p.m., is **CANCELLED**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**